Gary HOLLIS, Plaintiff—Appellant,

v.

R.Q. HICKMAN, Warden; et al., Defendants—Appellees.

No. 01–15682.

D.C. No. CV–99–02234–LKK(DAD).

United States Court of Appeals, Ninth Circuit.

---

388

Submitted March 11, 2002.*

Decided March 20, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

MEMORANDUM **

Gary Hollis, a California state prisoner, appeals pro se the district court's judgment dismissing for failure to state a claim his 42 U.S.C. § 1983 action alleging that prison officials violated his Eighth and Fourteenth Amendment rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Zimmerman v. City of Oakland*, 255 F.3d 734, 737 (9th Cir.2001), and we affirm.

Because Hollis alleged he suffered emotional distress as the result of a correctional officer's action but did not allege he suffered any physical injury, the district court properly dismissed his complaint. *See* 42 U.S.C. § 1997e(e) (prisoner may not bring federal action for mental or emotional injury without a showing of physical injury).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.